UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LACKEY,<br><br>    Plaintiffs,<br><br>v.<br><br>RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE,<br><br>    Defendant. | Case No. 2:19-CV-00590-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT** |

The court has considered the Unopposed Motion to Extend Time for Defendant to File Response to Complaint, and the supporting Declaration of Robert E. Sabido. For good cause shown,

IT IS ORDERED:

1. The motion to extend time is GRANTED;

2. The deadline for defendant to file its response to the complaint is extended up to and including May 17, 2019.

DATED: April 29, 2019

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT;** *Lackey v. Ray Klein, Inc., Case No. 2:19-CV-00590-RSM*

**COSGRAVE VERGEER KESTER LLP**
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1

Presented by:

Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Fifth Floor
Portland, OR 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019
Attorneys for Defendant

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT;** *Lackey v. Ray Klein, Inc., Case No. 2:19-CV-00590-RSM*

COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

2