UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JENNIFER LACKEY,<br><br>    Plaintiffs,<br><br>v.<br><br>RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE,<br><br>    Defendant. | Case No. 2:19-CV-00590-RSM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES AND TRIAL DATE** |

The court has considered the Parties' Joint Motion to Extend Case Deadlines and Trial Date. Based on the parties' written submissions,

IT IS ORDERED:

1. The Joint Motion to Extend Case Deadlines and Trial Date is GRANTED;

2. The new case deadlines shall be as follows:

    a.    Discovery to be completed by February 28, 2020;

    b.    Expert disclosures and reports under FRCP 26(a)(2) are due by March 27, 2020;

    c.    Dispositive motions are due by March 27, 2020;

    d.    The deadline for holding an LCR 39.1 Mediation remains April 13, 2020;

    e.    Motions in limine are due by May 29, 2020;

**ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES AND TRIAL DATE;** *Lackey v. Ray Klein, Inc., Case No. 2:19-CV-00590-RSM*

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
(503) 323-9000

1

f.  The pretrial order is due by June 12, 2020;

g.  Proposed voir dire, jury instructions, trial briefs, and/or proposed findings of fact and conclusions of law are due by June 19, 2020; and

h.  A three-day jury trial will be set for July 13, 2020.

DATED: January 22, 2020

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Timothy J. Fransen
Timothy J. Fransen, WSBA No. 51110
tfransen@cosgravelaw.com
Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019
Attorneys for Defendant

**ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES AND TRIAL DATE;** *Lackey v. Ray Klein, Inc., Case No. 2:19-CV-00590-RSM*

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
(503) 323-9000

2